UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ASSOCIATION CONCERNED OVER RESOURCES AND NATURE, INC., <br><br> Plaintiff, <br><br> v. <br><br> TENNESSEE ALUMINUM PROCESSORS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 1:10-cv-00084 ) ) Judge Haynes ) ) ) |

*[Handwritten note by Judge: "DENIED. This motion is denied without prejudice. After review of the motion papers the Court may set oral argument." Signed, 11-16-10]*

### PLAINTIFF'S MOTION REQUESTING ORAL ARGUMENT

Plaintiff Association Concerned Over Resources and Nature, Inc. ("ACORN"), pursuant to LR 78.01, respectfully requests that this Honorable Court hold oral argument on Defendant Tennessee Aluminum Processors, Inc.'s ("TAP") Motion to Dismiss [Doc. 11], and in support thereof shows unto the Court the following:

1. TAP's Motion to Dismiss [Doc. 11] and Memorandum of Law in Support of Motion to Dismiss [Doc. 12], as well as ACORN's Memorandum in Opposition to TAP's Motion to Dismiss [Doc. 18] present numerous complex and novel issues of law under the federal Clean Water Act ("CWA") and Resource Conservation and Recovery Act ("RCRA"), as well as intricate procedural issues. Thus, ACORN believes that oral argument on this Motion is particularly desirable.

WHEREFORE, FOR GOOD CAUSE SHOWN, Plaintiff ACORN respectfully requests that the Court hold oral argument on Defendant TAP's Motion to Dismiss.