IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ASSOCIATION CONCERNED OVER RESOURCES AND NATURE, INC., | Case No. 1:10-cv-00084 |
| Plaintiff, | Judge Haynes |
| v. | |
| TENNESSEE ALUMINUM PROCESSORS, INC., | |
| Defendant. | |

## MOTION OF DEFENDANT TENNESSEE ALUMINUM PROCESSORS, INC., FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

Pursuant to LR 7.01(b), Defendant Tennessee Aluminum Processors, Inc. ("TAP"), respectfully moves for leave to file a short (ten-page or less) reply brief on or before November 22, 2010.

On October 22, 2010, TAP moved the Court to dismiss the Complaint filed by Plaintiff, Association Concerned Over Resources and Nature, Inc. ("ACORN"), for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted. (Doc. 11.) On November 12, 2010, Plaintiff ACORN filed its response in opposition to TAP's Motion (Doc. 18.) On November 15, 2010, Plaintiff filed a motion for oral argument (Doc. 19) to which Defendant TAP has filed a timely response not opposing the request. To assist the Court in resolving TAP's motion, TAP requests leave to file a short (ten-page or less) reply brief on or before November 22, 2010.