IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASSOCIATION CONCERNED OVER RESOURCES AND NATURE, INC., ) ) ) | |
| Plaintiff, ) ) | No. 1:10-cv-00084<br>JUDGE HAYNES |
| v. ) ) | |
| TENNESSEE ALUMINUM PROCESSORS, INC., ) ) ) | |
| Defendant. ) | |

## ORDER

The case management conference in this action is **CONTINUED** pending the Court's ruling on Defendant's motion to dismiss.

It is so **ORDERED**.

**ENTERED** this the 23rd day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge