UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ASSOCIATION CONCERNED OVER RESOURCES AND NATURE, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 1:10-00084 JUDGE HAYNES |
| v. | ) ) | |
| TENNESSEE ALUMINUM PROCESSORS, INC., | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion to dismiss (Docket Entry No. 11) is **DENIED**. Defendant's motion for protective order (Docket Entry No. 31) and Plaintiff's motion to compel (Docket Entry No. 35) are **DENIED as moot.** The Defendant shall respond to Plaintiff's First Set of Requests for the Production of Documents within thirty (30) days of the entry this Order. The date of the case management conference will be set by separate order.

It is so **ORDERED**.

ENTERED this the ____ day of April, 2011.

_____
WILLIAM J. HAYNES, JR.
United States District Judge