UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ASSOCIATION CONCERNED OVER RESOURCES AND NATURE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:10-cv-00084 |
| TENNESSEE ALUMINUM PROCESSORS, INC., | ) ) ) ) | Judge Haynes |
| Defendant. | ) | |

## MOTION TO POSTPONE STATUS CONFERENCE

The parties, by and through their undersigned counsel, respectfully request that this Court postpone the Status Conference set for June 6, 2011, at 10:00 a.m. in Columbia, Tennessee (Docket Entry No. 39). As more fully explained in the Joint Statement in Support of Motion to Postpone Status Conference filed herewith, the parties are in the process of conducting fruitful settlement negotiations and are optimistic that they will be presenting an order to the Court resolving this case soon and the postponement of the Status Conference will ensure that the cost of travel to the Status Conference will be avoided.

Respectfully submitted this 13th day of May, 2011.

                                                              *s/ Jamie Whitlock*
                                                            Gary A. Davis (BPR No. 009766)
                                                            James S. Whitlock (N.C. Bar No. 34304)
                                                            *Admitted Pro Hac Vice*
                                                            GARY A. DAVIS & ASSOCIATES
                                                            P.O. Box 649
                                                            61 North Andrews Avenue
                                                            Hot Springs, NC 28743
                                                            (828) 622-0044
                                                            (828) 622-7610
                                                            gadavis@enviroattorney.com