UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ASSOCIATION CONCERNED OVER RESOURCES AND NATURE, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 1:10-00084 |
| v. | ) ) ) | JUDGE HAYNES |
| TENNESSEE ALUMINUM PROCESSORS, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

In light of the entry of the parties' consent decree (Docket Entry No. 47), the Order (Docket Entry No. 48) setting a case management conference is **VACATED**, and this action is **DISMISSED**.

It is so **ORDERED**.

ENTERED this the 7th day of September, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge